UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BERKLEY INSURANCE COMPANY,

                           **Plaintiff,**                    23-CV-04793 (JPC)

      -against-                                  **ORDER**

MARIE DU-CHASTEL,

                           **Defendant.**

------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On September 18, 2023, this Court received a settlement referral in this case by Judge Cronan. In the case management plan Judge Cronan directed the parties to submit a joint status letter no later than June 25, 2024 advising him as to whether the parties request referral to this Court for a settlement conference. ECF No. 19. This Court requests that the parties file a joint letter by **Friday, September 29, 2023**, indicating whether they would like a settlement conference scheduled this fall.

**SO ORDERED.**

DATED:    New York, New York
                 September 19, 2023

                                                     _____
                                                     VALERIE FIGUEREDO
                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2023